# United States District Court
# Central District of California

| | |
|---|---|
| EDWIN FIGUEROA, | Case No. 2:14-cv-7792-ODW(SHx) |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE RE.** |
| PNS STORES, INC., | **SETTLEMENT** |
| Defendant. | |

In light of the Notice of Settlement (ECF No. 20), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, **no later than Tuesday, July 28, 2015**, why settlement has not been finalized. No hearing will be held. All other dates and deadlines in this action are **VACATED** and taken off calendar. The Court will discharge this Order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.**

May 28, 2015

_____

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**